**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EAST MEDITERRANEAN GAS S.A.E.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>EGYPTIAN GENERAL PETROLEUM CORPORATION, and EGYPTIAN NATURAL GAS HOLDING COMPANY,<br><br>　　　　Respondents. | Civil Action No. 1:18-cv-02803-JEB |

**JOINT STATUS REPORT**

Petitioner East Mediterranean Gas S.A.E. ("Petitioner" or "EMG") and Respondents Egyptian General Petroleum Corporation and Egyptian Natural Gas Holding Company (together, "Respondents" and with Petitioner, the "Parties"), through their undersigned attorneys, hereby state the following as their joint status report:

1.　In September 2018, the Parties reached an agreement in principle to resolve their disputes, including the above-captioned proceeding (the "Settlement Agreement"), such that if the Settlement Agreement is fully implemented it may obviate the need for the above-captioned action ("Action"). The Settlement Agreement contains various conditions precedent that the Parties needed to satisfy before consummating certain transactions.

2.　As explained in the Parties' previous joint status reports of July 15, 2019 (ECF No. 11) and September 16, 2019 (ECF No. 13), the conditions precedent included (1) technical inspections of the EMG undersea pipeline connecting Israel and Egypt; (2) completion of continuous gas flow tests for the Egyptian transmission system; and (3) effectuating certain

required corporate formalities.  The Parties have completed some of these conditions precedent and, accordingly, consummated the transactions contemplated by the Settlement Agreement.

3. Having consummated some of these transactions, over the next two months the Parties anticipate taking the steps needed to fully implement the Settlement Agreement.  If those steps are implemented in full, it is anticipated that the present Action will be dismissed.  Accordingly, the Parties propose providing this Court with a further status update on or before January 17, 2020.  In the meantime, in light of the ongoing efforts of the Parties to resolve this Action and in the interests of judicial efficiency and party economy, the Parties respectfully request that the Action remain stayed pursuant to the Court's order of September 16, 2019, as a consensual resolution of this Action would obviate the need for the parties to litigate, and the Court to decide, this Action.

Dated: December 2, 2019

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: */s/ Linda H. Martin*
Linda H. Martin (D.C. Bar No. NY0210)
Elliot Friedman (D.C. Bar. No. NY0106)
David Y. Livshiz (D.C. Bar No. NY0269)

601 Lexington Avenue 31st Floor
New York, New York 10022
Telephone: +1 (212) 277 4000
linda.martin@freshfields.com
elliot.friedman@freshfields.com
david.livshiz@freshfields.com
*Attorneys for Petitioner*
*East Mediterranean Gas S.A.E.*

SHEARMAN & STERLING LLP

By: */s/ Christopher Ryan*
Christopher Ryan (D.C. Bar No. 476661)
Anna Stockamore (D.C. Bar No. 1044005)

401 9th Street, N.W., Suite 800
Washington, D.C. 20004-2128
Telephone: (202) 508-8000
cryan@shearman.com
astockamore@shearman.com
*Attorneys for Respondents*
*Egyptian General Petroleum Corporation and*
*Egyptian Natural Gas Holding Company*